**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**
**\* SEPTEMBER 19, 2024 \***
**BROOKLYN OFFICE**
**24-CR-374**
**Judge Carol Bagley Amon**
**Magistrate Judge James R. Cho**

PP
F. #2022R00606

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    NOTICE OF MOTION

    - against -                                 Criminal Docket No. _____-_____ (_____)

ERLENE KING,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

        PLEASE TAKE NOTICE that the undersigned will move this Court, before a

judge to be assigned, for leave to file an information upon the defendant ERLENE KING's

waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     Brooklyn, New York
           September 19, 2024

                                 BREON PEACE
                                 United States Attorney
                                 Eastern District of New York
                                 271 Cadman Plaza East
                                 Brooklyn, New York 11201

By:       _____

                                 Philip Pilmar
                                 Eric W. Silverberg
                                 Assistant United States Attorney
                                 (718) 254-6106

cc:     Clerk of the Court
        John Wallenstein, Esq.