# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>ERLENE KING<br><br>*Defendant* | )<br>) Case No. 24-CR-374 (CBA)<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/02/2024

*Defendant's signature*

*Signature of defendant's attorney*

John Wallenstein, Esq.
*Printed name of defendant's attorney*

s/Carol Bagley Amon
*Judge's signature*

Hon. Carol B. Amon, U.S.D.J.
*Judge's printed name and title*